478 A.2d 112

Commonwealth v. Glass, Appellant.

Petition for Allowance of Appeal Denied Feb. 25, 1985.

Submitted March 5, 1984.   Vivian A. Sye Payne, for appellant; Robert B. Lawler, Assistant District Attorney, for appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Order affirmed.

478 A.2d 113

Commonwealth v. Graham, Appellant.

Submitted April 16, 1984.   Aaron C. Finestone, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Judgment of sentence affirmed.